No. 351. HENRY CHING *v.* UNITED STATES. October 11, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Asa V. Call* for petitioner. *Mr. Assistant Attorney General Stewart* and *Mr. W. C. Herron* for the United States.

---

No. 360. FRANK MOORE ET AL. *v.* STATE OF ARKANSAS. October 11, 1920. Petition for a writ of certiorari to the Supreme Court of the State of Arkansas denied. *Mr. Scipio A. Jones* and *Mr. E. L. McHaney* for petitioners. No appearance for respondent.

---

No. 361. FRANK HICKS *v.* STATE OF ARKANSAS. October 11, 1920. Petition for a writ of certiorari to the Supreme Court of the State of Arkansas denied. *Mr. Scipio A. Jones* and *Mr. E. L. McHaney* for petitioner. No appearance for respondent.

---

No. 368. ISAAC S. DEMENT ET AL. *v.* JAMES T. NEWTON, COMMISSIONER OF PATENTS. October 11, 1920. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Reeve Lewis* for petitioners. *The Solicitor General, Mr. Assistant Attorney General Davis* and *Mr. J. Frank Mothershead* for respondent.